" DEFENDANTS' COUNSEL.— You mean by that, authority to employ at the defendants' expense?

" THE COURT.— Yes.

" THE DEFENDANTS' COUNSEL.— And if they are not satisfied that that is the case they must find for the defendants?

" THE COURT.— Yes; and if you find, gentlemen, that the testimony is evenly balanced your verdict should be for the defendants; or, if you find that the testimony preponderates negatively, in favor of the defendants. You are to take into account all the evidence in this case."

We find no error, and think the question was fully and fairly submitted to the jury, and judgment should be affirmed, with costs.

VAN WYCK and NEWBURGER, JJ., concur.
Judgment affirmed, with costs.

---

PEETSCH v. QUINN, No. 2.

APPEAL from order granting leave to issue execution.

*Johnston & Johnston*, for plaintiff (appellant).

*Michael H. Curran*, for defendant (respondent).

McCARTHY, J. This is an appeal from an order granting leave to the defendant's attorney to issue execution on the judgment entered on March 20, 1891, and the judgment entered the 22d day of June, 1893. The question raised on this appeal having been presented and considered in actions No. 1, *ante*, page 50, and 3, *ante*, page 52, the order is affirmed on the opinion in action No. 3, with costs.

VAN WYCK, J., concurs.
Order affirmed, with costs.